**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**Bangor DIVISION**

In re: GNP EAST, INC.    §    Case No. 14-10821
                                            §
                                            §
                                            §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      Pasquale J. Perrino Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $20,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $429,239.28 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $619,260.72 | | |

      3) Total gross receipts of $1,048,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,048,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,405,618.01 | $1,169,750.02 | $1,179,740.55 | $429,239.28 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $619,230.39 | $619,260.72 | $619,260.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $586.85 | $586.85 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $632,100.82 | $620,497.43 | $392,885.65 | $0.00 |
| **TOTAL DISBURSEMENTS** | $2,037,718.83 | $2,410,064.69 | $2,192,473.77 | $1,048,500.00 |

4) This case was originally filed under chapter 7 on 10/17/2014. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/26/2019            By: /s/ Pasquale J. Perrino Jr.
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| HC-50 Main Street, LLC | 1222-000 | $4,000.00 |
| HC50 Main License Fee | 1222-000 | $4,000.00 |
| HC50 Main September rent | 1222-000 | $4,000.00 |
| HC50 Main August License Fee | 1222-000 | $4,000.00 |
| HC50 License Fee | 1222-000 | $4,000.00 |
| ACM NARM MAINE LLC FIRST REPUBLIC BK | 1222-000 | $4,000.00 |
| June License Fee | 1222-000 | $4,000.00 |
| HC-50 Main April License Fee | 1222-000 | $4,000.00 |
| HC 50 Maine LLC License Fee for December 2014 | 1222-000 | $4,000.00 |
| ACM NARM MAINE LLC FIRST REPUBLIC BK | 1222-000 | $4,000.00 |
| Funds from sale of GNP of 15% | 1210-000 | $810,000.00 |
| ACM NARM MAINE LLC / FIRST REPUBLIC BK | 1222-000 | $4,000.00 |
| Jan: HC50 License Fee for Land Use | 1222-000 | $4,000.00 |
| May License Fee | 1222-000 | $4,000.00 |
| ACM NARM MAINE LLC FIRST REPUBLIC BK | 1222-000 | $4,000.00 |
| ACM NARM MAINE LLC / FIRST REPUBLIC BK | 1222-000 | $4,000.00 |
| East Millinocket Mill Site 50 Main Street, Milli | 1110-000 | $114,500.00 |
| November Rent - HC50 Main Street, LLC | 1222-000 | $4,000.00 |
| HC 50 Main June Rent | 1222-000 | $4,000.00 |
| HC 50 Main License Fee | 1222-000 | $4,000.00 |
| HC50 Main October rent | 1222-000 | $4,000.00 |
| June 2015 HC50 License Fee | 1222-000 | $4,000.00 |
| HC-50 License Fee for Feb & March | 1222-000 | $8,000.00 |
| ACM NARM MAINE LLC FIRST REPUBLIC BK | 1222-000 | $4,000.00 |
| HC-50 Main - May License Fee | 1222-000 | $4,000.00 |
| ACM NARM MAINE LLC FIRST REPUBLIC BK | 1222-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,024,500.00** |

UST Form 101-7-TDR ( 10 /1/2010)

| | | |
|---|---|---:|
| April License Fee | 1222-000 | $4,000.00 |
| December: HC50 License Fee | 1222-000 | $4,000.00 |
| ACM NARM MAINE LLC FIRST REPUBLIC BK | 1222-000 | $4,000.00 |
| ACM NARM MAINE LLC / First Republic Bk | 1222-000 | $4,000.00 |
| ACM NARM MAINE LLC / FIRST REPBULIC BK | 1222-000 | $4,000.00 |
| ACM NARM MAINE LLC FIRST REPUBLIC BK | 1222-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,048,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1S-4 | Internal Revenue Service | 4110-000 | $1,059,684.60 | $825,609.88 | $825,609.88 | $75,108.61 |
| 2-1 | Northern Construction Services, Inc. c/o Curtis E. Kimball, Esq. | 4110-000 | $244,157.64 | $311,726.23 | $320,865.83 | $320,865.83 |
| 3-1 | Lane Construction Corporation c/o Curtis E. Kimball, Esq. | 4110-000 | $101,775.77 | $32,413.91 | $33,264.84 | $33,264.84 |
| | **TOTAL SECURED** | | **$1,405,618.01** | **$1,169,750.02** | **$1,179,740.55** | **$429,239.28** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - P. J. PERRINO, JR., TRUSTEE | 2100-000 | NA | $54,705.00 | $54,705.00 | $54,705.00 |
| Attorney for Trustee Fees - Perkins Thompson | 3110-000 | NA | $96,255.52 | $96,255.52 | $96,255.52 |
| Bond Payments - BOND | 2300-000 | NA | $47.04 | $47.04 | $47.04 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $25.56 | $25.56 | $25.56 |
| Bond Payments - International Sureities, LTD | 2300-000 | NA | $0.00 | $30.33 | $30.33 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $4,740.42 | $4,740.42 | $4,740.42 |
| Other State or Local Taxes (post-petition) - Real estate taxes for the period prior to Closing based on Section 18 of the Globao Settlement Term | 2820-000 | NA | $407,181.85 | $407,181.85 | $407,181.85 |
| Other Chapter 7 Administrative Expenses - Sargent Corporation | 2990-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| Other Chapter 7 Administrative Expenses - Sargent Corporatrion | 2990-000 | NA | $7,500.00 | $7,500.00 | $7,500.00 |
| Accountant for Trustee Fees (Other Firm) - Perry, Fitts, Boulette & Fitton, CPA, P.A. | 3410-000 | NA | $33,775.00 | $33,775.00 | $33,775.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$619,230.39** | **$619,260.72** | **$619,260.72** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Maine Revenue Services Property Tax Division | 5800-000 | NA | $586.85 | $586.85 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$586.85** | **$586.85** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | NA | $127,599.99 | $127,599.99 | $0.00 |
| 4 | Timberland Trucking Co., Inc. c/o Dean A. Beaupain, Esq. | 7100-000 | $255,266.52 | $252,266.52 | $252,266.52 | $0.00 |
| 5-1 | Town of East Millinocket c/o D. Sam Anderson, Esq. Bernstein Shur Sawyer & Nelson, PA | 7100-000 | $365,184.02 | $30,013.97 | $1,349.05 | $0.00 |
| 6 | Maine Dept. of Environmental Protection | 7100-000 | NA | $198,946.86 | $0.00 | $0.00 |
| 7U | Maine Revenue Services Property Tax Division | 7100-000 | NA | $19.81 | $19.81 | $0.00 |
| 8 | Security Fence Company c/o Attorney Richard McCarthy Law Office of Burky & McCarthy | 7100-000 | $11,650.28 | $11,650.28 | $11,650.28 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$632,100.82** | **$620,497.43** | **$392,885.65** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 14-10821 | | Trustee Name: | (390100) Pasquale J. Perrino Jr. |
| Case Name: | GNP EAST, INC. | | Date Filed (f) or Converted (c): | 10/17/2014 (f) |
| | | | § 341(a) Meeting Date: | 11/21/2014 |
| For Period Ending: | 12/26/2019 | | Claims Bar Date: | 08/17/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | East Millinocket Mill Site 50 Main Street, Milli | 16,500,000.00 | 14,462,281.17 | | 114,500.00 | FA |
| 2 | $28,759,577 due from GNP NMTC Co. (Face value ac | Unknown | 28,759,577.00 | | 0.00 | FA |
| 3 | Jan: HC50 License Fee for Land Use (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 4 | HC-50 License Fee for Feb & March (u)<br>HC50 License Fee for February and March | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 5 | HC-50 Main April License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 6 | HC50 License Fee (u)<br>Check from HC-50 Main says April license fee but the Estate believes it to be for May as we deposited the April fee prior | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 7 | HC-50 Main - May License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 8 | June 2015 HC50 License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 9 | HC50 Main August License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 10 | HC50 Main September rent (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 11 | HC50 Main October Rent (u) | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 12 | HC50 Main October rent (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 13 | November Rent - HC50 Main Street, LLC (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 14 | December: HC50 License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 15 | HC50 Main License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 16 | HC 50 Main License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 17 | HC-50 Main Street, LLC (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 18 | April License Fee - ACM Narm Maine, LLC / First Republic Bank (u) | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 19 | April License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 20 | June License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 21 | May License Fee (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 22* | ACM NARM MAINE LLC / First Republic Bk (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 23* | ACM NARM MAINE LLC / FIRST REPBULIC BK (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 14-10821 | Trustee Name: | (390100) Pasquale J. Perrino Jr. |
|---|---|---|---|
| Case Name: | GNP EAST, INC. | Date Filed (f) or Converted (c): | 10/17/2014 (f) |
| | | § 341(a) Meeting Date: | 11/21/2014 |
| For Period Ending: | 12/26/2019 | Claims Bar Date: | 08/17/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24* | ACM NARM MAINE LLC / FIRST REPUBLIC BK (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 25* | ACM NARM MAINE LLC / FIRST REPUBLIC BK (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 26 | ACM NARM MAINE LLC FIRST REPUBLIC BK (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 27 | ACM NARM MAINE LLC FIRST REPUBLIC BK (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 28 | ACM NARM MAINE LLC FIRST REPUBLIC BK (u) | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 29 | ACM NARM MAINE LLC FIRST REPUBLIC BK (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 30* | Funds from sale of GNP of 15% (u) (See Footnote) | 406,818.15 | 406,818.15 | | 810,000.00 | FA |
| 31 | HC-50 Main Street, LLC Dec License Fee (u) | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 32* | ACM NARM MAINE LLC FIRST REPUBLIC BK (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 33* | ACM NARM MAINE LLC FIRST REPUBLIC BK (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 34* | ACM NARM MAINE LLC FIRST REPUBLIC BK (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 35 | ACM NARM MAINE LLC FIRST REPUBLIC BK (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 36* | HC 50 Main June Rent (u) (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 37 | HC 50 Maine License Fee for December 2014 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 38 | HC 50 Maine LLC License Fee for December 2014 (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 38 | Assets Totals (Excluding unknown values) | $17,050,818.15 | $43,772,676.32 | | $1,048,500.00 | $0.00 |

| | | |
|---|---|---|
| RE PROP# 22 | July rent | |
| RE PROP# 23 | August Rent | |
| RE PROP# 24 | September rent | |
| RE PROP# 25 | October rent | |
| RE PROP# 30 | 15% Funds from sale of GNP - $4,000 of these funds were for the HC-50 License Land use for December | |
| RE PROP# 32 | February Rent | |
| RE PROP# 33 | March Rent | |
| RE PROP# 34 | April Rent | |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 3

**Case No.:** 14-10821
**Case Name:** GNP EAST, INC.

**Trustee Name:** (390100) Pasquale J. Perrino Jr.
**Date Filed (f) or Converted (c):** 10/17/2014 (f)
**§ 341(a) Meeting Date:** 11/21/2014

**For Period Ending:** 12/26/2019

**Claims Bar Date:** 08/17/2015

    RE PROP# 36    June Rent

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/15/2016

**Current Projected Date Of Final Report (TFR):** 09/15/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 14-10821 | Trustee Name: | Pasquale J. Perrino Jr. (390100) |
|---|---|---|---|
| Case Name: | GNP EAST, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4730 | Account #: | ******0266 Checking Account |
| For Period Ending: | 12/26/2019 | Blanket Bond (per case limit): | $15,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/08/14 | | Perkins Thompson | 15% Funds from sale of GNP Mill - $4,000 of these funds were for the HC-50 License Land use for December | | 406,818.15 | | 406,818.15 |
| | {30} | Perkins Thompson | 15% of the funds from the sale of the GNP Mill - gross sales price was $5,400,000 and $4,000 for the HC-50 License Land Fee use for December  $810,000.00 | 1210-000 | | | |
| | | Town of East Millinocket | Real estate taxes for the period prior to Closing based on Section 18 of the Globao Settlement Term  -$407,181.85 | 2820-000 | | | |
| | {38} | | License Fee for December 2014  $4,000.00 | 1222-000 | | | |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 448.61 | 406,369.54 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 584.50 | 405,785.04 |
| 02/18/15 | {3} | HC-50 Main Street, LLC | Jan: HC50 license fee | 1222-000 | 4,000.00 | | 409,785.04 |
| 02/26/15 | | Northern Construction Services, Inc. | Distribution to secured creditor | 4110-000 | | 320,865.83 | 88,919.21 |
| 02/26/15 | | The Lane Corporation | Destribution to secured creditor | 4110-000 | | 33,264.84 | 55,654.37 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 529.30 | 55,125.07 |
| 03/02/15 | 101 | P. J. PERRINO, JR., ESQ. | Per Order dated 2/27/15 Voided on 03/03/2015 | 2100-000 | | 43,750.00 | 11,375.07 |
| 03/03/15 | 101 | P. J. PERRINO, JR., ESQ. | Per Order dated 2/27/15 Voided: check issued on 03/02/2015 | 2100-000 | | -43,750.00 | 55,125.07 |
| 03/17/15 | {4} | HC-50 Main Street, LLC | HC-50 license fees for February and March | 1222-000 | 8,000.00 | | 63,125.07 |
| 03/17/15 | 102 | P. J. PERRINO, JR., TRUSTEE | Partial Trustee Compensation per Order dated 2/27/15 | 2100-000 | | 16,000.00 | 47,125.07 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.97 | 47,045.10 |
| 04/27/15 | {5} | HC-50 Main Street, LLC | April HC50 License Fee | 1222-000 | 4,000.00 | | 51,045.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.85 | 50,977.25 |
| 05/04/15 | {6} | HC-50 Main Street, LLC | May HC50 License Fee | 1222-000 | 4,000.00 | | 54,977.25 |
| 05/27/15 | 103 | P. J. PERRINO, JR., ESQ. | Partial Trustee Compensation per Order dated 2/27/15 | 2100-000 | | 8,000.00 | 46,977.25 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.90 | 46,902.35 |
| 06/09/15 | {7} | HC-50 Main Street, LLC | June: HC50 License Fee | 1222-000 | 4,000.00 | | 50,902.35 |
| 06/12/15 | 104 | P. J. PERRINO, JR., ESQ. | Partial Trustee Compensation per Order dated 2/27/15 | 2100-000 | | 4,000.00 | 46,902.35 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.91 | 46,829.44 |
| 07/15/15 | {8} | HC-50 Main Street, LLC | July 2015 HC50 License Fee | 1222-000 | 4,000.00 | | 50,829.44 |
| 07/29/15 | {9} | HC-50 Main Street, LLC | August HC50 license fee | 1222-000 | 4,000.00 | | 54,829.44 |

**Page Subtotals:** $438,818.15   $383,988.71

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**  Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 14-10821 | Trustee Name: | Pasquale J. Perrino Jr. (390100) |
|---|---|---|---|
| Case Name: | GNP EAST, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4730 | Account #: | ******0266 Checking Account |
| For Period Ending: | 12/26/2019 | Blanket Bond (per case limit): | $15,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.67 | 54,756.77 |
| 08/27/15 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/27/2015 FOR CASE #14-10821, Bond # 016027599 Term: 8/1/15 to 8/1/16 | 2300-000 | | 25.56 | 54,731.21 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.13 | 54,655.08 |
| 09/22/15 | {10} | HC-50 Main Street, LLC | September HC50 License Fee | 1222-000 | 4,000.00 | | 58,655.08 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.20 | 58,569.88 |
| 10/06/15 | {12} | HC-50 Main Street, LLC | October: HC50 License Fee | 1222-000 | 4,000.00 | | 62,569.88 |
| 10/06/15 | 106 | Pasquale J. Perrino Jr. | Trustee Compensation | 2100-000 | | 15,570.00 | 46,999.88 |
| 10/26/15 | 107 | Perkins Thompson | Compensation for services rendered from June 20, 2015 to October 16, 2015 Voided on 10/26/2015 | 3210-000 | | 26,619.30 | 20,380.58 |
| 10/26/15 | 107 | Perkins Thompson | Compensation for services rendered from June 20, 2015 to October 16, 2015 Voided: check issued on 10/26/2015 | 3210-000 | | -26,619.30 | 46,999.88 |
| 10/26/15 | 108 | Perkins Thompson | Compensation from First Interim Fee Application of $10,673.60, per Order dated 4/28/15, and from March 25, 2015 through October 15, 2015 remaining balance of $26,619.30, per Order dated 12/11/15 for services rendered | 3110-000 | | 37,292.90 | 9,706.98 |
| 10/26/15 | 109 | Perkins Thompson | Expenses from March 25, 2015 through October 15, 2016 | 3110-000 | | 12.60 | 9,694.38 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.03 | 9,622.35 |
| 11/09/15 | {13} | HC-50 Main Street, LLC | November Rent - HC-50 Main Street, LLC | 1222-000 | 4,000.00 | | 13,622.35 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.98 | 13,598.37 |
| 12/01/15 | 110 | Pasquale J. Perrino Jr. | Represents 90% of additional commission due to receipt of additional estate funds | 2100-000 | | 2,160.00 | 11,438.37 |
| 12/07/15 | {14} | HC-50 Main Street, LLC | Dec: HC50 License Fee | 1222-000 | 4,000.00 | | 15,438.37 |
| 12/15/15 | 111 | PerkinsThompson | Case No. 14-10821: Expenses awarded per Order dated 12/11/15 | 3110-000 | | 2,957.70 | 12,480.67 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.50 | 12,460.17 |
| 01/05/16 | {15} | HC-50 Main Street, LLC | January, 2016 License Fee | 1222-000 | 4,000.00 | | 16,460.17 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.67 | 16,438.50 |
| 02/17/16 | {16} | HC-50 Main Street, LLC | Feb: HC 50 Main License Fee | 1222-000 | 4,000.00 | | 20,438.50 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.32 | 20,414.18 |
| 03/04/16 | {17} | HC-50 Main Street, LLC | Mar: HC50 License Fee | 1222-000 | 4,000.00 | | 24,414.18 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.42 | 24,377.76 |
| 04/12/16 | {19} | ACM Narm Maine, LLC | April License Fee | 1222-000 | 4,000.00 | | 28,377.76 |

**Page Subtotals:** $32,000.00   $58,451.68

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 14-10821 | Trustee Name: | Pasquale J. Perrino Jr. (390100) |
|---|---|---|---|
| Case Name: | GNP EAST, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4730 | Account #: | ******0266 Checking Account |
| For Period Ending: | 12/26/2019 | Blanket Bond (per case limit): | $15,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.05 | 28,340.71 |
| 05/10/16 | {21} | ACM NARM Maine LLCFirst Republic Bank | May License Fee | 1222-000 | 4,000.00 | | 32,340.71 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.73 | 32,297.98 |
| 06/06/16 | {20} | ACM NARM Maine LLC First Republic Bank | June License Fee | 1222-000 | 4,000.00 | | 36,297.98 |
| 06/22/16 | 112 | Perkins Thompson | Approved and allowed administrative expense claim per Order dated 6/21/16 | 3110-000 | | 10,614.90 | 25,683.08 |
| 06/23/16 | 113 | P. J. Perrino, Jr., Trustee | 90% of compensation per email from Randy Creswell dated 6/22/16 | 2100-000 | | 1,638.00 | 24,045.08 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.30 | 23,990.78 |
| 07/12/16 | {22} | ANM NARM Maine, LLC First Republic Bk | July rent | 1222-000 | 4,000.00 | | 27,990.78 |
| 07/12/16 | 114 | Sargent Corporation | Load, Haul GNP Stockpile Material & Dispose at Dolby Landfill | 2990-000 | | 15,000.00 | 12,990.78 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.34 | 12,961.44 |
| 08/05/16 | {23} | ACM NARM Maine LLC First Republic BK | August Rent | 1222-000 | 4,000.00 | | 16,961.44 |
| 08/08/16 | 115 | International Sureities, LTD | #016027599 | 2300-000 | | 5.23 | 16,956.21 |
| 08/08/16 | 116 | International Sureities, LTD | #016027599 | 2300-000 | | 0.06 | 16,956.15 |
| 08/08/16 | 117 | Sargent Corporatrion | Load, Haul GNP Stockpile Material & Dispose at Dolby Landfill | 2990-000 | | 7,500.00 | 9,456.15 |
| 08/22/16 | 118 | Richard L. Morin, CPA | 90% of Professional Services from 3/12/15 thru 10/28/15 per Order of December, 2014 - $8,320.00 X 90% = $7,488.00 | 3410-000 | | 7,488.00 | 1,968.15 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.45 | 1,951.70 |
| 09/02/16 | {24} | ACM NARM MAINE LLC FIRST REPUBLIC BK | September Rent | 1222-000 | 4,000.00 | | 5,951.70 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,941.70 |
| 10/06/16 | {25} | ACM NARM MAINE LLC FIRST REPUBLIC BK | October rent | 1222-000 | 4,000.00 | | 9,941.70 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.63 | 9,929.07 |
| 11/10/16 | {26} | ACM NARM MAINE LLC FIRST REPUBLIC BK | November Rent | 1222-000 | 4,000.00 | | 13,929.07 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.01 | 13,910.06 |
| 12/09/16 | {27} | ACM NARM MAINE LLC FIRST REPUBLIC BK | December Rent | 1222-000 | 4,000.00 | | 17,910.06 |
| 12/19/16 | 119 | Perkins Thompson | Payment is less than 90% of the outstanding fees of $45,226.00 and cost and expenses of $151.42 | 3110-000 | | 6,000.00 | 11,910.06 |
| 12/19/16 | 120 | P.J. Perrino, Jr., Trustee | 90% of the Estimated Commission of $1,200 | 2100-000 | | 1,080.00 | 10,830.06 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.44 | 10,808.62 |

Page Subtotals: **$32,000.00** **$49,569.14**

{ } Asset Reference(s)     **UST Form 101-7-TDR ( 10 /1/2010)**     ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 4

| Case No.: | 14-10821 | Trustee Name: | Pasquale J. Perrino Jr. (390100) |
|---|---|---|---|
| Case Name: | GNP EAST, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4730 | Account #: | ******0266 Checking Account |
| For Period Ending: | 12/26/2019 | Blanket Bond (per case limit): | $15,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/06/17 | {29} | ACM NARM MAINE LLC FIRST REPUBLIC BK | January Rent | 1222-000 | 4,000.00 |  | 14,808.62 |
| 01/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 21.37 | 14,787.25 |
| 02/16/17 | {32} | ACM NARM MAINE LLC FIRST REPUBLIC BK | February Rent | 1222-000 | 4,000.00 |  | 18,787.25 |
| 02/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 22.15 | 18,765.10 |
| 03/03/17 | {33} | ACM NARM MAINE LLC FIRST REPUBLIC BK | March Rent | 1222-000 | 4,000.00 |  | 22,765.10 |
| 03/30/17 | {34} | ACM NARM MAINE LLC FIRST REPUBLIC BK | April Rent | 1222-000 | 4,000.00 |  | 26,765.10 |
| 03/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 33.44 | 26,731.66 |
| 04/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 35.88 | 26,695.78 |
| 05/04/17 | {35} | ACM NARM MAINE LLC FIRST REPUBLIC BK | May Rent | 1222-000 | 4,000.00 |  | 30,695.78 |
| 05/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 47.41 | 30,648.37 |
| 06/29/17 | 121 | Perry, Fitts, Boulette & Fitton, CPA, P.A. | Payment is 90% of the outstanding fees of $10,835.00. Approval from U.S. Trustee's office per email dated 6/21/17. | 3410-000 |  | 9,751.50 | 20,896.87 |
| 06/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 44.08 | 20,852.79 |
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 34.60 | 20,818.19 |
| 08/07/17 | 122 | International Sureities, LTD | Bond #016027599 Term: 8/1/17 to 8/1/18 | 2300-000 |  | 6.41 | 20,811.78 |
| 08/30/17 |  | Horton Law Firm PA Ameris Bank | $10,000 Earnest money deposit for purchase of 50 Main Street, Millinocket, ME Mill and $4,000 rent |  | 14,000.00 |  | 34,811.78 |
|  | {1} |  | Earnest money deposit for purchase of 50 Main Street, Millinockett, ME Mill $10,000.00 | 1110-000 |  |  |  |
|  | {36} |  | HC 50 Main June Rent $4,000.00 | 1222-000 |  |  |  |
| 08/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 33.60 | 34,778.18 |
| 09/08/17 | {1} | Maine IOLTA Account Bank of America NYC | Remaining funds due for the purchase of the mill at 50 Main Street, Millinocket, ME - Order dated 9/6/17 | 1110-000 | 104,500.00 |  | 139,278.18 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 153.57 | 139,124.61 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 213.44 | 138,911.17 |
| 11/15/17 | 123 | Perry, Fitts, Boulette & Fitton | 90% of outstanding fees from 12/1/15 - 6/28/16 per email dated 10/31/17 | 3410-000 |  | 9,522.00 | 129,389.17 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 195.69 | 129,193.48 |

**Page Subtotals:** $138,500.00    $20,115.14

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 14-10821 | Trustee Name: | Pasquale J. Perrino Jr. (390100) |
|---|---|---|---|
| Case Name: | GNP EAST, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4730 | Account #: | ******0266 Checking Account |
| For Period Ending: | 12/26/2019 | Blanket Bond (per case limit): | $15,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/22/17 | 124 | Perkins Thompson | Fees for period of April 20, 2016 through December 11, 2017 per Order dated 12/20/17 | 3110-000 | | 39,377.42 | 89,816.06 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 175.85 | 89,640.21 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.82 | 89,498.39 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 120.14 | 89,378.25 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 128.55 | 89,249.70 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.09 | 89,125.61 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.02 | 88,984.59 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 123.72 | 88,860.87 |
| 07/31/18 | 125 | International Sureities, LTD | Bond #016027599 Term: 8/1/18 to 8/1/19 | 2300-000 | | 30.33 | 88,830.54 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 136.33 | 88,694.21 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 131.83 | 88,562.38 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 67.93 | 88,494.45 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.00 | 88,414.45 |
| 08/12/19 | 126 | International Sureities, LTD | Bond # 016027599 | 2300-000 | | 35.34 | 88,379.11 |
| 11/26/19 | 127 | P. J. PERRINO, JR., TRUSTEE | Dividend Paid 11.44% on $54,705.00 | Claim #FEE | Filed amount $54,705.00 | 2100-000 | | 6,257.00 | 82,122.11 |
| 11/26/19 | 128 | Perry, Fitts, Boulette & Fitton, CPA, P.A. | Dividend Paid 10.00% on $10,835.00 | Claim # | Filed amount $10,835.00 | 3410-000 | | 1,083.50 | 81,038.61 |
| 11/26/19 | 129 | Perry, Fitts, Boulette & Fitton, CPA, P.A. | Dividend Paid 10.00% on $10,580.00 | Claim # | Filed amount $10,580.00 | 3410-000 | | 1,058.00 | 79,980.61 |
| 11/26/19 | 130 | Perry, Fitts, Boulette & Fitton, CPA, P.A. | Dividend Paid 10.00% on $8,320.00 | Claim # | Filed amount $8,320.00 | 3410-000 | | 832.00 | 79,148.61 |
| 11/26/19 | 131 | Perry, Fitts, Boulette & Fitton, CPA, P.A. | Dividend Paid 100.00% on $1,840.00 | Claim # | Filed amount $1,840.00 | 3410-000 | | 1,840.00 | 77,308.61 |

Page Subtotals:    $0.00    $51,884.87

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Exhibit 9**

# Cash Receipts And Disbursements Record

Page: 6

| Case No.: | 14-10821 | Trustee Name: | Pasquale J. Perrino Jr. (390100) |
|---|---|---|---|
| Case Name: | GNP EAST, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4730 | Account #: | ******0266 Checking Account |
| For Period Ending: | 12/26/2019 | Blanket Bond (per case limit): | $15,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/26/19 | 132 | Perry, Fitts, Boulette & Fitton, CPA, P.A. | Dividend Paid 100.00% on $2,200.00 \| Claim # \| Filed amount $2,200.00 | 3410-000 | | 2,200.00 | 75,108.61 |
| 11/26/19 | 133 | Internal Revenue Service | Dividend Paid 9.10% on $825,609.88 \| Claim #1S-4 \| Filed amount $825,609.88 | 4110-000 | | 75,108.61 | 0.00 |
| | | **COLUMN TOTALS** | | | 641,318.15 | 641,318.15 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 641,318.15 | 641,318.15 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$641,318.15** | **$641,318.15** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 7

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-10821 | **Trustee Name:** | Pasquale J. Perrino Jr. (390100) | |
| **Case Name:** | GNP EAST, INC. | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***4730 | **Account #:** | ******0266 Checking Account | |
| **For Period Ending:** | 12/26/2019 | **Blanket Bond (per case limit):** | $15,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0266 Checking Account | $641,318.15 | $641,318.15 | $0.00 |
| | **$641,318.15** | **$641,318.15** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)